CLERK, U.S. DISTRICT COURT
JAN 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO NUÑEZ-RAMOS,<br><br>    Petitioner,<br><br>    v.<br><br>KUMA J. DEBOO, Warden,<br><br>    Respondent. | NO. CV 09-8833-VBF(E)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2  the Magistrate Judge's Report and Recommendation and the Judgment
3  herein by United States mail on Petitioner, and counsel for
4  Respondent.

6  LET JUDGMENT BE ENTERED ACCORDINGLY.

   DATED: 1-27-10

   /s/ Valerie Baker Fairbank
   _____
   VALERIE BAKER FAIRBANK
   UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO NUÑEZ-RAMOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KUMA J. DEBOO, Warden,<br><br>　　　　Respondent. | NO. CV 09-8833-VBF(E)<br><br>REPORT AND RECOMMENDATION OF<br><br>UNITED STATES MAGISTRATE JUDGE |

This Report and Recommendation is submitted to the Honorable Valerie Baker Fairbank, United States District Judge, pursuant to 28 U.S.C. section 636 and General Order 05-07 of the United States District Court for the Central District of California.

## DISCUSSION

Petitioner, an inmate at the Federal Correctional Institution Gilmer in Glenville, West Virginia, filed a "Petition for Writ of Habeas Corpus By a Person in Federal Custody" on December 2, 2009. The petition challenges Petitioner's 1994 conviction in the Los Angeles County Superior Court. Petitioner alleges that he

submitted an appeal to the California Court of Appeal, but describes the result of the appeal as "No results, non-responsive" (Petition, p. 3). Petitioner does not allege that he filed any petition for review or habeas corpus petition in the California Supreme Court.

A federal court will not grant a state prisoner's petition for writ of habeas corpus unless it appears that the prisoner has exhausted available state remedies. 28 U.S.C. § 2254(b) - (c); Reese v. Baldwin, 541 U.S. 27, 29 (2004); O'Sullivan v. Boerckel, 526 U.S. 838, 842 (1999). Petitioner has the burden of demonstrating he has exhausted available state remedies. Lambert v. Blackwell, 134 F.3d 506, 513 (3d Cir. 1997), cert. denied, 532 U.S. 919 (2001); Matthews v. Evatt, 105 F.3d 907, 911 (4th Cir.), cert. denied, 522 U.S. 833 (1997); Cartwright v. Cupp, 650 F.2d 1103, 1104 (9th Cir. 1981), cert. denied, 455 U.S. 1023 (1982); O'Hines v. Freeland, 2009 WL 415602, at *2 (S.D. Cal. Feb. 18, 2009); Hernandez v. Martel, 2009 WL 291725, at *1 n.3 (C.D. Cal. Feb. 2, 2009). State remedies have not been exhausted unless and until the petitioner's federal claims have been fairly presented to the state's highest court. See Castille v. Peoples, 489 U.S. 346, 350-51 (1989); James v. Borg, 24 F.3d 20, 24 (9th Cir.), cert. denied, 513 U.S. 935 (1994).

Here, Petitioner has not alleged that he presented any of his claims to the California Supreme Court. That court's docket, available on the Internet at www.courtinfo.ca.gov, does not show any petition filed in the California Supreme Court by anyone named Marco Antonio Nuñez-Ramos or Marco Antonio Nuñez. Accordingly, the Petition is completely unexhausted.

Petitioner still may be able to present his unexhausted claims to the California Supreme Court. See, e.g., In re Harris, 5 Cal. 4th 813, 825, 21 Cal. Rptr. 2d 373, 855 P.2d 391 (1993) ("[H]abeas Corpus has become a proper remedy in this state to collaterally attack a judgment of conviction which has been obtained in violation of fundamental constitutional rights.") (citations and quotations omitted); Mendez v. Superior Court, 87 Cal. App. 4th 791, 799, 104 Cal. Rptr. 2d 839 (2001) (claim that conviction was obtained in violation of fundamental constitutional rights may be raised by state habeas petition; citation and internal quotations omitted).[1]

The Court has authority to stay a "mixed" petition containing both exhausted and unexhausted claims. See Rhines v. Weber, 544 U.S. 269, 276-78 (2005) (court may stay a mixed petition where unexhausted claims are not plainly meritless and petitioner shows good cause for failure to exhaust); King v. Ryan, 564 F.3d 1133, 1140-41 (9th Cir.), cert. denied, 130 S. Ct. 214 (2009) (three-step stay and abey procedure for mixed petitions authorized in Kelly v. Small, 315 F.3d 1063 (9th Cir.), cert. denied, 538 U.S. 1042 (2003), remains an alternative to Rhines procedure in certain circumstances). Petitioner

---

[1] The Court expresses no opinion concerning whether consideration of a state habeas petition might be foreclosed by the principles discussed in In Re Clark, 5 Cal. 4th 750, 763-87, 21 Cal. Rptr. 2d 509, 517-34, 855 P.2d 729 (1993). The California Supreme Court should evaluate this matter in the first instance. Moreover, even if there exists an applicable state procedural bar, the California Supreme Court nevertheless might choose to reach the merits of Petitioner's claims. See, e.g., Park v. California, 202 F.3d 1146 (9th Cir.), cert. denied, 531 U.S. 918 (2000).

does not request a stay. In any event, the present Petition is not mixed, but rather is completely unexhausted. The Court cannot stay a completely unexhausted petition. See Rasberry v. Garcia, 448 F.3d 1150, 1154 (9th Cir. 2006) (Rhines stay inappropriate); Jarrar v. Barnes, 2009 WL 2394361, at *1 n.1 (E.D. Cal. Aug. 4, 2009) (Kelly stay inappropriate); Tappin v. United States District Court, 2008 WL 686555, *8 (E.D. Cal. Mar. 11, 2008) (same). Therefore, the Petition should be dismissed without prejudice. See Guillory v. Roe, 329 F.3d 1015, 1017 (9th Cir.), cert. denied, 540 U.S. 974 (2003).

**RECOMMENDATION**

For the foregoing reasons, IT IS RECOMMENDED that the Court issue an Order: (1) approving and adopting this Report and Recommendation; and (2) dismissing the Petition without prejudice.

DATED: December 4, 2009.

/s/ Charles F. Eick

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

4

**NOTICE**

Reports and Recommendations are not appealable to the Court of Appeals, but may be subject to the right of any party to file objections as provided in the Local Rules Governing the Duties of Magistrate Judges and review by the District Judge whose initials appear in the docket number. No notice of appeal pursuant to the Federal Rules of Appellate Procedure should be filed until entry of the judgment of the District Court.

If the District Judge enters judgment adverse to Petitioner, the District Judge will, at the same time, issue or deny a certificate of appealability. Within twenty (20) days of the filing of this Report and Recommendation, the parties may file written arguments regarding whether a certificate of appealability should issue.