FILED
CLERK, U.S. DISTRICT COURT

JAN 27 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO NUÑEZ-RAMOS, | NO. CV 09-8833-VBF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| KUMA J. DEBOO, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 1-27-10

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE